# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| WILDER CHIROPRACTIC, INC., a Wisconsin corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) ) | NO.  3:11-CV-00762-bbc |
| v. | ) ) | |
| SHARPS COMPLIANCE, INC. OF TEXAS | ) ) | |
| Defendant. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a), Plaintiff WILDER CHIROPRACTIC, INC., through its undersigned attorneys, hereby voluntarily dismisses this action without prejudice.

WILDER CHIROPRACTIC, INC., individually and as the representative of a class of similarly-situated persons

By:  s/Brian J. Wanca
Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847-368-1500

Phillip A. Bock
BOCK & HATCH, LLC
134 North La Salle St., Suite 1000
Chicago, IL  60602
Telephone:  312-658-5500

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 5, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                        s/ Brian J. Wanca
                                                         Brian J. Wanca

Case: 3:11-cv-00762-bbc Document #: 10 Filed: 12/05/11 Page 2 of 2